```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MUENCH PHOTOGRAPH, INC., <br><br>           Plaintiff, <br><br>      -versus- <br><br> THE MCGRAW-HILL COMPANIES, INC., et al., <br><br>           Defendants. | 12 Civ. 6595 <br><br> ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Counsel shall confer and inform the Court by letter no later than June 25 how they propose to proceed in light of the remand from the Court of Appeals.

**SO ORDERED.**

Dated:  June 17, 2020
        New York, New York

                                         */s/ Loretta A. Preska*
                                         LORETTA A. PRESKA, U.S.D.J.

Case 1:12-cv-06595-LAP   Document 123   Filed 06/17/20   Page 1 of 1